```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                           CASE NO. 08 B 17721
      JAIME LOZOYA
                                                   CHAPTER 13

                                                   JUDGE: MANUEL BARBOSA

             Debtor
      SSN XXX-XX-1585


  ---------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
  ---------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.  The case was filed on 07/09/08 and confirmed on 08/29/08.

       2.  The case was dismissed after confirmation, 12/18/2008.

       3.  The Debtor paid a total of $   2320.00 .

       4.  The Trustee made disbursements to creditors as follows:


  ---------------------------------------------------------------------------
  CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
  ---------------------------------------------------------------------------
  BANK OF NEW YORK         CURRENT MORTG           .00             .00              .00
  BANK OF NEW YORK         MORTGAGE ARRE      28178.49             .00              .00
  HSBC MORTGAGE            SECURED                 .00             .00              .00
  HSBC MORTGAGE            MORTGAGE ARRE           .00             .00              .00
  GMAC PAYMENT CENTER      UNSECURED        NOT FILED             .00              .00
  KANE COUNTY TREASURER    SECURED            4079.28             .00           577.90
  CACH LLC                 UNSECURED        NOT FILED             .00              .00
  CHASE BANK USA           UNSECURED        NOT FILED             .00              .00
  CHASE BANK USA           UNSECURED        NOT FILED             .00              .00
  CHASE BANK USA           UNSECURED        NOT FILED             .00              .00
  CITIBANK                 UNSECURED        NOT FILED             .00              .00
  DISCOVER BANK            UNSECURED        NOT FILED             .00              .00
  HYCITE FINANCE           UNSECURED        NOT FILED             .00              .00
  NICOR GAS                UNSECURED        NOT FILED             .00              .00
  SEVENTH AVENUE           UNSECURED        NOT FILED             .00              .00
  CITIBANK                 UNSECURED        NOT FILED             .00              .00
           Summary of disbursements:
  ---------------------------------------------------------------------------
                  SECURED        PRIORITY      UNSECURED        OTHER          TOTAL

  TOTAL CLMS ALLOWED   32257.77         .00            .00            .00       32257.77
  PRINCIPAL PAID         577.90         .00            .00            .00         577.90
  INTEREST PAID             .00         .00            .00            .00             .00
  TOTAL PAID             577.90         .00            .00            .00         577.90
  The Debtor's attorney, CHAD M HAYWARD                 , was allowed $    3400.00
  and was paid $    630.00  direct and $   1617.87  through the plan.

  The Trustee received $    124.23 .

  Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE  2
     CASE NO. 08 B 17721 JAIME LOZOYA